Opinion filed October 11, 2007 












 
 
  
 
 







 
 
  
 
 




Opinion filed October 11,
2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00251-CR 

                                                    __________

 

                              RUBEN
LAWRENCE JONES, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 29th District Court

                                                       Palo Pinto County, Texas

                                                    Trial
Court Cause No. 13393

 



 

                                                                   O
P I N I O N

Ruben
Lawrence Jones has filed in this court a motion to dismiss his appeal.  The
motion is signed by both appellant and his counsel.  The motion is granted, and
the appeal is dismissed.

 

PER CURIAM

 

October 11, 2007

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.